# EXHIBIT "A"

*In re:* Judah M Burstyn
Case No.: 19-12052-AJC

Schedule of Payments to Anita Burstyn
During the Period of January 2013 through March 2020

(Sorted by Date)

| Institution | Account Name | Account No. | Date | Type | Check No. | Payee | Amount |
|---|---|---|---|---|---|---|---|
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x2233 | 01/22/13 | Transfer | N/A | Anita Burstyn | $ (3,000.00) |
| BB&T | 5th Court Properties LLC | x9458 | 04/01/13 | Check | 0 | Anita Burstyn | (17,000.00) |
| BB&T | Prime Management Property Corp Operating Acct | x6951 | 04/12/13 | Check | 4726 | Anita Burstyn | (12,500.00) |
| BB&T | Prime Management Property Corp Operating Acct | x6951 | 04/15/13 | Check | 4734 | Anita Burstyn | (5,000.00) |
| Bank of America | Prime Realty Investors Corp | x5202 | 05/14/13 | Check | 1011 | Anita Burstyn | (5,000.00) |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x2233 | 06/24/13 | Transfer | N/A | Anita Burstyn | (1,500.00) |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x2233 | 02/19/14 | Transfer | N/A | Anita Burstyn | (23,395.25) |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x2233 | 04/04/14 | Transfer | N/A | Anita Burstyn | (2,000.00) |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x2233 | 05/21/14 | Transfer | N/A | Anita Burstyn | (5,000.00) |
| Bank of America | Malibu Properties Management LLC | x2322 | 09/06/16 | Transfer | N/A | Anita Burstyn | (15,000.00) |
| | | | | | | **Total Payments to Anita Burstyn** | **$ (89,395.25)** |