UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>JUDAH M. BURSTYN,<br><br>Debtor.<br>_______________________________________/ | Case No. 19-12052-BKC-AJC<br><br>Chapter 7 |
| MARCIA T. DUNN, not individually but as Chapter 7 Trustee of the estate of the Debtor,<br><br>Plaintiff,<br>vs.<br><br>ANITA BURSTYN, an individual; PRIME REALTY INVESTORS CORP., a dissolved Florida corporation; MALIBU PROPERTIES MANAGEMENT LLC, a dissolved Florida limited liability company; PRIME MANAGEMENT PROPERTY CORP., a dissolved Florida corporation; JUDAH M. BURSTYN, an individual; DAVID A. BURSTYN, an individual; and BRADLEY KEITH BURSTYN, an individual,<br><br>Defendants.<br>_______________________________________/ | Adv. Case No. 21-01051-AJC |

**DEFENDANT'S AGREED *EX PARTE* MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, David A. Burstyn (the "Defendant" or "David Burstyn"), by counsel, on an *ex parte* basis, requests the Court enter an Order granting an extension of time to respond to the Plaintiff's Complaint [Adv. ECF No. 1] (the "Complaint"), up to and including June 14, 2021, and states as follows:

1. The Plaintiff's Complaint was filed on February 15, 2021.

2. Prior to and after that date, the Plaintiff and the Defendant, through counsel, have been discussing a potential global resolution of any and all alleged claims held by the bankruptcy estate against the Defendant.

3. In furtherance of same, the parties are in the process of scheduling a mediation for June 7, 2021.

4. The Defendant respectfully requests that the Court enter an order granting an extension of time to respond to the Plaintiff's Complaint, up to and including June 14, 2021, so that the parties can conduct and conclude the mediation.

5. Undersigned counsel conferred with counsel for the Plaintiff, who has no objection to the relief requested herein.

6. The Defendant submits that this Motion is being filed in good faith and not for purposes of delay.

WHEREFORE, the Defendant respectfully requests that the Court enter an order granting an extension of time to respond to the Plaintiff's Complaint, up to and including June 14, 2021, and for such other and further relief as the Court deems just and proper.

Dated: May 21, 2021

LEIDERMAN SHELOMITH
ALEXANDER + SOMODEVILLA, PLLC
Counsel for the Defendant
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:__________/s/__________
ZACH B. SHELOMITH
Florida Bar No. 0122548
zbs@lsaslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on May 21, 2021 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference).

By:__________/s/__________
Zach B. Shelomith