**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

JUDAH M. BURSTYN,

Debtor.
_______________________________________/

Case No. 19-12052-AJC
Chapter 7

MARCIA T. DUNN, not individually but as Chapter 7 Trustee of the estate of the Debtor,

Plaintiff,

v.

Adv. Case No. 21-01051-AJC

ANITA BURSTYN, an individual;
PRIME REALTY INVESTORS CORP.,
a dissolved Florida corporation; MALIBU
PROPERTIES MANAGEMENT LLC,
a dissolved Florida limited liablity company;
PRIME MANAGEMENT PROPERTY CORP.,
a dissolved Florida corporation;
JUDAH M. BURSTYN, an individual;
DAVID A. BURSTYN, an individual;
BRADLEY KEITH BURSTYN, an individual,

Defendants.
__________________________________________/

**NOTICE OF SETTLEMENT AS TO DEFENDANT DAVID A. BURSTYN**

Marcia T. Dunn, as Chapter 7 Trustee of the bankruptcy estate of JUDAH M. BURSTYN (the "Trustee" or "Plaintiff"), by and through undersigned counsel, hereby gives notice of filing *Trustee's Motion to Compromise Controversy with David A. Burstyn,* filed in the main bankruptcy case on June 11, 2021 [D.E. 317].

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 11th day of June, 2021, upon the Debtor/Defendant and David A. Burstyn:

**Judah M. Burstyn**
20435 NE 10th Court
Miami, FL 33179

**David A. Burstyn**
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd.,Ste C401
Fort Lauderdale, FL 33312-6598
zbs@lsaslaw.com

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 11th day of June, 2021, upon all registered users in this case and via U.S. Mail upon all creditors and interested parties as reflected on the Matrix attached hereto.

**DUNN LAW, P.A.**
*Counsel for Chapter 7 Trustee, Marcia T. Dunn*
66 West Flagler Street
Suite 400
Miami, Florida 33130
Tel: (786) 433-3866
Fax: (786) 260-0269
michael.dunn@dunnlawpa.com
jerrod.maddox@dunnlawpa.com

By: */s/ Jerrod M. Maddox*
Michael P. Dunn, Esq.
Florida Bar No. 100705
Jerrod M. Maddox, Esq.
Florida Bar No. 117820