**ORDERED in the Southern District of Florida on August 27, 2021.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

JUDAH M. BURSTYN,

Debtor.

Case No. 19-12052-AJC
Chapter 7

______________________________________/

MARCIA T. DUNN, not individually but as
Chapter 7 Trustee of the estate of the Debtor,

Plaintiff,

v.

Adv. Case No. 21-01051-AJC

ANITA BURSTYN, an individual;
PRIME REALTY INVESTORS CORP.,
a dissolved Florida corporation; MALIBU
PROPERTIES MANAGEMENT LLC,
a dissolved Florida limited liablity company;
PRIME MANAGEMENT PROPERTY CORP.,
a dissolved Florida corporation;
JUDAH M. BURSTYN, an individual;
DAVID A. BURSTYN, an individual;
BRADLEY KEITH BURSTYN, an individual,

Defendants.

______________________________________/

**ORDER GRANTING PLAINTIFF'S *EX-PARTE* MOTION**
**FOR ENTRY OF ORDER DISMISSING COMPLAINT (D.E. 51)**

THIS CAUSE came before the Court upon Plaintiff Marcia T. Dunn's ("Plaintiff" or "Trustee") *Ex Parte Motion for Entry of Order Dismissing Complaint* (the "Motion") [D.E. 51], and the Court, having reviewed the Motion and the record, does hereby

**ORDER** as follows:

1. The Plaintiff's Motion is **GRANTED**.
2. The Complaint in this proceeding is dismissed, with prejudice, as to Defendants Bradley Keith Burstyn and David A. Burstyn.
3. The Complaint in this adversary proceeding is dismissed, without prejudice, as to Defendants Anita Burstyn, Prime Realty Investors Corp., Malibu Properties Management LLC, Prime Management Property Corp, and Judah M. Burstyn.

# # #

**Submitted by**:

Jerrod M. Maddox, Esq.
Florida Bar No. 117820
DUNN LAW. P.A.
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
jerrod.maddox@dunnlawpa.com

*Attorney Maddox is directed to serve a conformed copy of this Order upon all interested parties, and to file proof of such service within three (3) business days from entry of the Order.*