**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

JUDAH M. BURSTYN, Case No. 19-12052-AJC
Chapter 7

Debtor.
_______________________________________/

MARCIA T. DUNN, not individually but as Chapter 7 Trustee of the estate of the Debtor, Adv. Case No. 21-01051-AJC

Plaintiff,

v.

ANITA BURSTYN, et al,

Defendants.
__________________________________________/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 30, 2021, a true and correct copy of the *Order Granting Plaintiff's Motion for Entry of Order Dismissing Complaint (D.E. 51)* [D.E. 52], was served via CM/ECF electronic transmission upon counsel for Defendants, and those parties who are currently on the list to receive e-mail notice and service for this case.

**DUNN LAW, P.A.**
*Counsel for Marcia T. Dunn, Chapter 7 Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: (786) 433-3866
Fax: (786) 260-0269
jerrod.maddox@dunnlawpa.com

By: */s/ Jerrod M. Maddox*
Jerrod M. Maddox, Esq.
Fla. Bar No. 117820